**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAN STEVENS; DEBORAH STEVENS,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**US BANCORP,**<br><br>    **Defendant.** | **Case No.: 14-CV-2709 YGR**<br><br>**ORDER CONTINUING MOTION HEARING AND DENYING AS MOOT PLAINTIFFS' MOTION TO APPEAR BY TELEPHONE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby **CONTINUES** the hearing on defendant's motion to dismiss (Dkt. No. 11) from August 12, 2014 to the Court's 2:00 p.m. calendar on **Tuesday, September 23, 2014**.

Plaintiffs' motion to appear by telephone at the August 12 hearing is therefore **DENIED AS MOOT**.

This Order terminates Docket No. 17.

**IT IS SO ORDERED**.

Date: July 28, 2014

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**