UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN STEVENS; DEBORAH STEVENS,<br><br>    Plaintiffs,<br><br>    v.<br><br>US BANCORP,<br><br>    Defendant. | Case No.: 14-CV-2709 YGR<br><br>**ORDER CONTINUING MOTION HEARING AND INITIAL CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the parties' stipulation (Dkt. No. 20), the Court **CONTINUES** the hearing on defendant's pending motion to dismiss (Dkt. No. 11) from September 23, 2014 to the Court's 2:00 p.m. calendar on **Tuesday, October 28, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

The Court recognizes the parties' request to have the initial case management conference held at the same time as the motion hearing. The Court's practice, however, is to hold case management conferences only after deciding any pending motions to dismiss. Accordingly, the Court **CONTINUES** the initial case management conference from September 22, 2014 to the Court's 2:00 p.m. calendar on **Monday, January 26, 2015**.

This Order terminates Docket No. 20.

**IT IS SO ORDERED**.

Date: September 15, 2014

                              _____
                                  YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT COURT JUDGE