LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:   415-318-8810
Facsimile:    415-676-5816

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION (incorrectly sued as US BANCORP)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN STEVENS, an individual, and DEBORAH STEVENS, an individual<br><br>                              Plaintiffs,<br><br>    vs.<br><br>US BANCORP, a Delaware Corporation; and DOES 1-100, INCLUSIVE<br><br>                              Defendant. | CASE NO.: 4:14-cv-02709-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**ORDER RE PARTIES' JOINT STATUS REPORT**<br><br><br>Complaint Filed: May 12, 2014 |

Plaintiffs Dan Stevens and Deborah Stevens ("Plaintiffs") and defendant U.S. Bank National Association ("U.S. Bank") (collectively with Plaintiffs, the "Parties"), through their respective counsel, submit the instant joint report regarding the status of the action as follows:

### STATUS OF ACTION

On October 27, 2014, counsel for Plaintiffs and counsel for U.S. Bank appeared at a telephone conference with the Honorable Yvonne Gonzalez Rogers regarding the hearing on the motion to dismiss filed by U.S. Bank. Following this telephone conference, the hearing on U.S. Bank's motion to dismiss was continued to December 16, 2014, with a joint status update statement due to be filed by December 2, 2014.

As of December 2, 2014, the Parties are in active settlement discussions and expect the case to be dismissed within a few weeks.

In the event that the case does not resolve as expected, the Parties hereby stipulate to continue the hearing on U.S. Bank's motion to dismiss to a later date, as convenient for the Court.

### STIPULATION

Accordingly, the Parties stipulate as follows:

The case management conference and hearing on the motion to dismiss shall be continued to one of the following dates, as convenient to the Court: January 27, 2015 or February 3, 2015. All deadlines, such as the deadline to meet and confer pursuant to Rule 26(f) and the deadline to file the joint case management statement, shall run from the new hearing date.

Dated:  December 5, 2014

Respectfully submitted,
RA & ASSOCIATES, APC

By: /s/ Arda Artinian
Arda Artinian

*Attorneys for Plaintiffs*
DAN STEVENS AND DEBORAH STEVENS

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

Dated:  December 5, 2014

Respectfully submitted,
LOCKE LORD LLP

By: */s/ Regina J. McClendon*
Regina J. McClendon
Lindsey E. Kress

*Attorneys for Defendant*
U.S. BANK NATIONAL ASSOCIATION
(incorrectly sued as US BANCORP)

## ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  December 5, 2014

*/s/ Regina J. McClendon*
Regina J. McClendon

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court orders that the initial case management conference and the hearing on U.S. Bank's motion to dismiss are continued to **January 27, 2015** at 2:00 p.m.  All deadlines, such as the deadline to meet and confer pursuant to Rule 26(f) and the deadline to file the joint case management statement, shall run from the new hearing date.

IT IS SO ORDERED.

Dated:   December 5, 2014

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge