UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAN STEVENS, ET AL.**,<br><br>        Plaintiffs,<br><br>    v.<br><br>**US BANCORP**,<br><br>        Defendant. | Case No.  14-cv-02709-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the representations of the parties, that the above-captioned case has settled.  (Dkt. No. 29.)  Accordingly, all pending motion, case management, and trial dates, if applicable, are **VACATED**.  A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, April 10, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page Joint Statement setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated:  March 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**