LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: 415-318-8810
Facsimile: 415-676-5816

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION (incorrectly sued as US BANCORP)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN STEVENS, an individual, and DEBORAH STEVENS, an individual<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>US BANCORP, a Delaware Corporation; and DOES 1-100, INCLUSIVE<br><br>　　　　　　　　Defendant. | CASE NO.: 4:14-cv-02709-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(A)]<br><br>Complaint Filed: May 12, 2014 |

IT IS SO ORDERED

*[signature]*
Judge Yvonne Gonzalez Rogers
3/20/15

Plaintiffs Dan Stevens and Deborah Stevens ("Plaintiffs") and defendant U.S. Bank National Association ("U.S. Bank") (collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

1. This action, and each and every claim asserted in the action, shall be dismissed in its entirety with prejudice; and

2. Each of the Parties shall bear its own attorney's fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 18, 2015 | Respectfully submitted,<br>RA & ASSOCIATES, APC<br><br>By:  /s/ *Arda Artinian*<br>Arda Artinian<br><br>*Attorneys for Plaintiffs*<br>DAN STEVENS AND DEBORAH STEVENS |
| Dated:  March 18, 2015 | Respectfully submitted,<br>LOCKE LORD LLP<br><br>By:  /s/ *Lindsey E. Kress*<br>Regina J. McClendon<br>Lindsey E. Kress<br><br>*Attorneys for Defendant*<br>U.S. BANK NATIONAL ASSOCIATION<br>(incorrectly sued as US BANCORP) |

### ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  March 18, 2015        /s/ *Lindsey E. Kress*
                              Lindsey E. Kress